rec. 12/7/17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MOHAMMED KEITA,

                        Plaintiff,

      -against-

FEDERAL GOVERNMENT OF USA AND NEW
YORK CITY DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

                      Defendants.
------------------------------------------------------------- x

MEMORANDUM & ORDER

17-cv-877

VITALIANO, D.J.

    *Pro se* plaintiff Mohammed Keita's motion, filed November 9, 2017, seeks reconsideration of the Court's October 24, 2017 order dismissing the complaint with prejudice and without leave to amend. The motion is denied.

    Keita makes no showing of the Court's misapprehension of facts or law at the time of its ruling. The absence of such a showing is fatal to his request that the Court revisit its prior decision. *See Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995).

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 920-21, 8 L. Ed. 2d 21 (1962).

    The Clerk of Court is directed to maintain this case on the closed docket.

So Ordered.

Dated: Brooklyn, New York
         December 2, 2017

                                                        s/Eric N. Vitaliano
                                                        _____
                                                        ERIC N. VITALIANO
                                                        United States District Judge

1